**FILED**

DEC 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Thomas Moorhouse, and Doris
Moorhouse, Husband and Wife,
13055 Riverdale Drive # 347
Coon Rapids, Minnesota 55448

     vs,

UNITED STATES            )

CASE NUMBER  1:06CV02152

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 12/19/2006

## COMPLAINT FOR DAMAGES UNDER 26 U.S.C. SECTION 7431

Thomas Moorhouse, and Doris Moorhouse, plaintiffs herein, complain of defendants and

seek statutory and/or actual and punitive damages as follows:

I

### INTRODUCTION

1.    This is an action brought pursuant to Title 26, Section 7431 of the Internal Revenue

    Code for the recovery of statutory and/or actual and punitive damages caused by the

    intentional and/or negligent unlawful disclosure of confidential return information by

    P. Reynolds, W.P. Hickey, and Richard A. Wallin and other unknown agents (herein

    agent(s)) of the Internal Revenue Service.

2.    This Court has jurisdiction for this action under Title 26, Section 7431(a)(1) of the

    Internal Revenue Code, Venue is proper in this Court under 28 U.S.C. §1391(e).

## II

## FACTS

3.     Thomas Moorhouse and Doris Moorhouse are Citizens of Minnesota who at all times material hereto resided in Coon Rapids, Minnesota.

4.     Plaintiffs are the victims of disclosures of confidential information, unauthorized in the absence of record evidence of existing assessment(s).  Said unauthorized disclosures are being conducted by the aforementioned agent(s) of the Internal Revenue Service.

5.     A.     On or about April 25, 2001, the aforementioned P. Reynolds, claiming the Title of ACS and Employee Number 41-01-0000, caused to be recorded with the County Clerk, Anoka County, State of Minnesota a purported - unsigned - FACSIMILE Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/1994"; "12/31/1995"; "12/31/1996"; and "12/31/1998" purportedly assessed against Thomas Moorhouse on "08/18/2000" (a sample is affixed hereto as Exhibit A; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessment made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203, within the period authorized under Title 26, United States Code, section 6501.

       B.     On or about July 13, 2006, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and Employee Number 24-02-2406, caused to be recorded with the County Clerk, Anoka County, State of Minnesota a

purported - unsigned - FACSIMILE Notice of Federal Tax Lien for alleged "6702" taxes for "12/31/1994"; "12/31/1995"; "12/31/1996"; "12/31/1997"; "12/31/1998" purportedly assessed against Doris Moorhouse on "05/01/2006" (a sample is affixed hereto as Exhibit B; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessment made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203, within the period authorized under Title 26, United States Code, section 6501.

C.   On or about November 23, 2005, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and Employee Number 29-02-2406, caused to be recorded with the County Clerk, Anoka County, State of Minnesota a purported - unsigned - FACSIMILE Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/2002" purportedly assessed against Doris Moorhouse on "11/15/2004" (a sample is affixed hereto as Exhibit C; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessment made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203.

D.   On or about November 28, 2005, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and Employee Number 29-02-2406, caused to be recorded with the County Clerk, Anoka County, State of Minnesota a

purported - unsigned - FACSIMILE Notice of Federal Tax Lien for alleged "CVPN" taxes for "12/31/1998" purportedly assessed against Doris L. And T.R. Moorhouse on "11/03/2003" (a sample is affixed hereto as Exhibit D; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessment made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203.

E.     On or about June 22, 2006, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and Employee Number 24-02-2406, caused to be recorded with the Secretary of State, State of Minnesota a purported - unsigned - FACSIMILE Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/1994"; "12/31/1995"; "12/31/1997"; "12/31/1998"; "12/31/1999"; and "12/31/2002" purportedly assessed against Xerton, LLC "as the alter ego or nominee" for Doris Moorhouse on "11/02/1998" (1994 and 1995); on "09/22/2003" (1997, 1998, and 1999); and on "11/15/2004" (2002) (a sample is affixed hereto as Exhibit E; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessment made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203.

F.     On or about June 22, 2006, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and Employee Number 24-02-2406, caused to be

recorded with the County Clerk, Anoka County, State of Minnesota a purported - unsigned - FACSIMILE Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/1994"; "12/31/1995"; "12/31/1997"; "12/31/1998"; "12/31/1999"; and "12/31/2002" purportedly assessed against Xerton, LLC "as the alter ego or nominee" for Doris Moorhouse on "11/02/1998" (1994 and 1995); on "09/22/2003" (1997, 1998, and 1999); and on "11/15/2004" (2002) (a sample is affixed hereto as Exhibit F; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessment made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203.

G.    On or about June 22, 2006, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and Employee Number 24-02-2406, caused to be recorded with the Secretary of State, State of Minnesota a purported - unsigned - FACSIMILE Notice of Federal Tax Lien for alleged "CIVP" taxes for"12/31/1998"; purportedly assessed against Xerton, LLC "as the alter ego or nominee" for Doris Moorhouse on "11/003/2003" (a sample is affixed hereto as Exhibit G; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessment made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203, within the period authorized under Title 26, United States Code, section 6501.

H.    On or about June 22, 2006, the aforementioned Richard Wallin, claiming the
Title of Revenue Officer and Employee Number 24-02-2406, caused to be
recorded with the County Clerk, Anoka County, State of Minnesota a
purported - unsigned - FACSIMILE Notice of Federal Tax Lien for alleged
"CIVP" taxes for"12/31/1998"; purportedly assessed against Xerton, LLC "as
the alter ego or nominee" for Doris Moorhouse "&" Thomas Moorhouse on
"11/003/2003" (a sample is affixed hereto as Exhibit H; identifying information
has been excised), in amounts for which defendants have been unable to
produce evidence of lawful assessment made in full compliance with Treasury
regulation 301.6203-1, and filed in the Office of the Secretary in compliance
with 26 USC § 6203, within the period authorized under Title 26, United
States Code, section 6501.

I.    On or about June 22, 2006, the aforementioned Richard Wallin, claiming the
Title of Revenue Officer and Employee Number 24-02-2406, caused to be
recorded with the Secretary of State, State of Minnesota a purported -
unsigned - FACSIMILE Notice of Federal Tax Lien for alleged "1040" taxes
for "12/31/1994"; "12/31/1995"; and "12/31/1998"; and "CIVP" taxes for
"12/31/1997"; purportedly assessed against Xerton, LLC "as the alter ego or
nominee" for Thomas Moorhouse on "08/18/2000" ("1040", 1994, 1995, and
1998); and on "05/01/2006" ("CIVP", 1997) (a sample is affixed hereto as
Exhibit I; identifying information has been excised), in amounts for which
defendants have been unable to produce evidence of lawful assessment

made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203, within the period authorized under Title 26, United States Code, section 6501.

J.    On or about June 22, 2006, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and Employee Number 24-02-2406, caused to be recorded with the County Clerk, Anoka County, State of Minnesota a purported - unsigned - FACSIMILE Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/1994"; "12/31/1995"; and "12/31/1998"; and "CIVP" taxes for "12/31/1997"; purportedly assessed against Xerton, LLC "as the alter ego or nominee" for Thomas Moorhouse on "08/18/2000" ("1040", 1994, 1995, and 1998); and on "05/01/2006" ("CIVP", 1997) (a sample is affixed hereto as Exhibit J; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessment made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203, within the period authorized under Title 26, United States Code, section 6501.

K.    On or about May 31, 2005, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and omitting any Employee Number, caused to be mailed to First National Bank of Elk River, 729 Main Street, Elk River, Minnesota, a purported - unsigned - Notice of Levy (Form 668A(ICS) against Doris Moorhouse, for alleged "1040" taxes for "12/31/1994"; "12/31/1997"; "12/31/1998"; 12/31/1999"; and "12/31/1995"; "(a sample is affixed hereto as

Exhibit K; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessments made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203.

L.    On or about May 3, 2006, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and omitting any Employee Number, caused to be mailed to Wells Fargo Bank, NA, MAC S3928-021, P.O. Box 29779, Phoenix, Arizona, a purported - unsigned - Notice of Levy (Form 668A(ICS) against Doris Moorhouse, for alleged "1040" taxes for "12/31/1994"; and "12/31/1995"; "12/31/1997"; "12/31/1998"; 1and 2/31/1999";"(a sample is affixed hereto as Exhibit L; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessments made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203.

M.    On or about June 22, 2006, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and omitting any Employee Number, caused to be mailed to Riverview Community Bank, 9040 Quaday Avenue NE, Otsego, Minnesota, a purported Notice of Levy (Form 668A(ICS) against Xerton, LLC "as the alter ego or nominee" for Doris Moorhouse, for alleged "1040" taxes for "12/31/1994"; "12/31/1995"; "12/31/1996"; "12/31/1997"; "12/31/1998"; "12/31/1999"; and "12/31/2002" (a sample is affixed hereto as Exhibit M;

identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessments made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203.

N.    On or about June 26, 2006, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and omitting any Employee Number, caused to be mailed to Riverview Community Bank, 9040 Quaday Avenue NE, Otsego, Minnesota, a purported Notice of Levy (Form 668A(ICS) against Xerton, LLC "as the alter ego or nominee" for Thomas Moorhouse, for alleged "1040" taxes for "12/31/1994"; "12/31/1996"; and "12/31/1998"; (a sample is affixed hereto as Exhibit N; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessments made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203, within the period authorized under Title 26, United States Code, section 6501 (all) and within the period authorized under Title 26, United States Code, section 6501.

O.    On or about July 11, 2006, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and omitting any Employee Number, caused to be mailed to OptionsExpress Inc., 39 LaSalle Street, Suite 220, Chicago, Ilinois, a purported Notice of Levy (Form 668A(ICS) against Thomas Moorhouse for alleged "1040" taxes for "12/31/1994"; "12/31/1996"; and "12/31/1998"; and

"CIVPEN" taxes for "12/31/1997"; (a sample is affixed hereto as Exhibit O; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessments made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203, within the period authorized under Title 26, United States Code, section 6501 (all) and within the period authorized under Title 26, United States Code, section 6501.

P.    On or about July 11, 2006, the aforementioned Richard Wallin, claiming the Title of Revenue Officer and omitting any Employee Number, caused to be mailed to OptionsExpress Inc., 39 LaSalle Street, Suite 220, Chicago, Ilinois, a purported Notice of Levy (Form 668A(ICS) against Xerton, LLC "as the alter ego or nominee" for Thomas Moorhouse, for alleged "1040" taxes for "12/31/1994"; "12/31/1996"; and "12/31/1998"; and "CIVPEN" taxes for "12/31/1997"; (a sample is affixed hereto as Exhibit P; identifying information has been excised), in amounts for which defendants have been unable to produce evidence of lawful assessments made in full compliance with Treasury regulation 301.6203-1, and filed in the Office of the Secretary in compliance with 26 USC § 6203, within the period authorized under Title 26, United States Code, section 6501 (all) and within the period authorized under Title 26, United States Code, section 6501.

6.    A.    In the absence of record evidence of assessment, made in full complaince with Treasury Regulation 26 CFR 301.7433-1, and filed in the Office of the

Secretary in full compliance with 26 USC 6203, each purported Notice of Tax Lien entered into the public record contains multiple wrongful disclosures of "return information" as defined in law. SEE: ¶ 15, below.

B.    In the absence of record evidence of assessment, made in full complaince with Treasury Regulation 26 CFR 301.7433-1, and filed in the Office of the Secretary in full compliance with 26 USC 6203, each purported Notice of Levy mailed any person other than Thomas or Doris Moorhouse contains multiple wrongful disclosures of "return information" as defined in law. SEE: ¶ 15, below.

7.    The wrongful disclosures of plaintiffs' return information has caused plaintiff(s) substantial mental and emotional distress.

8.    The wrongful disclosures of plaintiffs' return information has subjected plaintiff(s) to the real possibility of identity theft.

9.    It was not necessary for the aforementioned agent(s) to place on the purported Notice(s) of tax lien(s) tax return information which subject plaintiff(s) to the possibility of identity theft, nor was disclosure by "Notice of Levy" authorized in the absence of record evidence of assessment, made in full complaince with Treasury Regulation 26 CFR 301.7433-1, .

10.    Agent(s)  disclosures were not in good faith or there existed no good faith in disclosure of confidential return information.

11..    A reasonable Internal Revenue Agent can be expected to know the statutory provisions governing disclosure, as interpreted and reflected in the IRS regulations

and manuals.  An agents's contrary interpretation is not in good faith.

12.    Agent did not follow the dictates of section 6103 or the applicable IRS manual provisions prior to recording the purported notices.

13.    On information and belief, the agent(s) involved in this case have all received extensive "disclosure" training which is designed to preserve the integrity of the confidentiality provisions of the federal tax laws which are codifications and extensions of the basic Forth Amendment right to privacy.

### III

### LEGAL AUTHORITY

14.    Section 7431 of the internal revenue code provides taxpayers with a cause of action for statutory and/or actual and punitive damages against the United States in the event an officer of employee thereof makes any unlawful disclosure of "return information" in violation of Section 6103 of the Internal Revenue Code.

15.    "Return Information" is required by Section 6103 to remain confidential and not be disclosed except as provided in Section 6103. There is no provision in Section 6103 providing for the disclosure of the return information contained in the aforementioned lien(s) "Return Information" is broadly defined in Section 6103(b)(2) as follows:

a taxpayer's identity, the nature, source. or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, overassessment, or tax payments, whether the taxpayer's return was, is being, or will be examined or subject to investigation or processing, or any other data, received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition or offense ...

16.    "Taxpayer identity" is broadly defined in Section 6103(b)(6) as follows:

The term "taxpayer identity" means the name of a person with respect to whom a
return is filed, his mailing address, his taxpayer identifying number (as described in
section 6109), or a combination thereof.

17.    The disclosure(s) described above are intentional, negligent, and/or grossly negligent

disclosures of "return information" in violation of Section 6103 and for which

plaintiff(s) is/are entitled to statutory and/or actual and punitive damages under

Section 7431.

**IV**

**DAMAGES**

18.    Internal Revenue Code section 7431 authorizes damages:

…in an amount equal to the sum of—
(1) the greater of—
        (A) $1,000 for each act of unauthorized inspection or disclosure of a
        return or return information with respect to which such defendant is
        found liable, or
        (B) the sum of—
                (i) the actual damages sustained by the plaintiff as a result of
                such unauthorized inspection or disclosure, plus
                (ii) in the case of a willful inspection or disclosure or an
                inspection or disclosure which is the result of gross negligence,
                punitive damages, plus
(2) the costs of the action, plus
(3) in the case of a plaintiff which is described in section 7430 (c)(4)(A)(ii),
reasonable attorneys fees, except that if the defendant is the United States,
reasonable attorneys fees may be awarded only if the plaintiff is the prevailing
party (as determined under section 7430 (c)(4)).

19    The reprehensible and vexatious conduct of and the illegal disclosures made by the

aforementioned agent(s) and the other agents involved herein has caused plaintiff

substantial personal embarrassment, loss of good will, loss in credit, the extent of

which at this time cannot be completely and accurately ascertained but which will be more fully known after the completion of discovery. At a minimum, defendant is statutorily liable for 1,000.00 for each unauthorized disclosure by P. Reynolds, W.P. Hickey, and Richard A. Wallin .

20.  The intentionally and/or grossly negligent unlawful disclosures by P. Reynolds, W.P. Hickey, and Richard A. Wallin  and the other agents involved herein entitles plaintiff(s) to punitive damages the extent of which  at this time cannot be accurately ascertained but which will be more fully known after the completion of discovery.

21.  Based on the unlawful disclosures plaintiff(s) contend that they are entitled to the costs of the action pursuant to Section 7431(c)(2) and (3).

**WHEREFORE**, plaintiff(s) request(s) after trial of this case that judgement be entered in his/her/their favor against the United States for actual and punitive damages, the costs of this action, expungement of the aforementioned notices and such other and further relief to which plaintiff(s) is/are entitled.

Dated   D ε c  / / ,_____ , 2006

_Thomas Moorhouse_                              _Doris T. Moorhouse_
**Thomas Moorhouse**                           **Doris Moorhouse**

## Jurat

Sworn to and subscribed before me, a Notary Public in the State of Minnesota , this _____ day of _December_ 2006.

_Heather D. Gall_
**Notary Public**



HEATHER D. GALL
Notary Public
Minnesota
My Commission Expires January 31, 2010

My Commission expires: _January 31, 2010_

10/16/2006  01:04    7737744⬤                                    PAGE  09/29

                                                        23 $\frac{July}{2004}$

5160                                        COURT RECORDING DATA
------------------------------------------+-----------------------------------------
      INTERNAL REVENUE SERVICE             | Lien Recorded    : 04/30/2001 - 08:00AM
   FACSIMILE FEDERAL TAX LIEN DOCUMENT     | Recording Number: 1565786.0-02
                                           | UCC Number       :
                                           | Liber            :
                                           | Page             :
------------------------------------------+-----------------------------------------
Area: WAGE & INVESTMENT AREA #5            | IRS Serial Number: 410134252
Lien Unit Phone: (651) 312-8080            |
-------------------------------------------------------------------------------------
                  This Lien Has Been Filed in Accordance with
                  Internal Revenue Regulation 301.6323(f)-1.

-------------------------------------------------------------------------------------
Name of Taxpayer :
  THOMAS R MOORHOUSE


-------------------------------------------------------------------------------------
Residence :
  19370 MARMOSET ST NW
  ANOKA, MN 55303-9514
-------------------------------------------------------------------------------------
  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|----------|------------|---------------|--------------|---------------------|--------------------|
| 1040 | 12/31/1994 | 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 | 08/18/2000 | 09/17/2010 | 65171.43 |
| 1040 | 12/31/1995 | 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 | 08/18/2000 | 09/17/2010 | 17636.89 |
| 1040 | 12/31/1996 | 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 | 08/18/2000 | 09/17/2010 | 4327.69 |
| 1040 | 12/31/1998 | 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 | 08/18/2000 | 09/17/2010 | 4320.06 |




-------------------------------------------------------------------------------------
Filed at:    COUNTY RECORDER
             ANOKA E                                    Total | $    91456.07
             ANOKA, MN 55303
-------------------------------------------------------------------------------------
This notice was prepared and executed at ST PAUL, MN
on this, the 25th day of April, 2001.
-------------------------------------------------------------------------------------
Authorizing Official:                    | Title:
  P REYNOLDS                             | ACS
                                         |              41-01-0000

                              Pg 1 of 23

10/16/2006  01:04    7737744B

PAGE  10/29

1872

COURT RECORDING DATA

```
------------------------------------------+----------------------------------------
        INTERNAL REVENUE SERVICE          |
 FACSIMILE FEDERAL TAX LIEN DOCUMENT      | Recording Number:
                                          | UCC Number       :
                                          | Liber            :
                                          | Page             :
------------------------------------------+----------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #4     | IRS Serial Number: 302504606
Lien Unit Phone: (800) 913-6050           |
------------------------------------------+----------------------------------------
```

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
  DORIS L MOORHOUSE

000782

Residence :
  19370 MARMOSET ST NW
  ANOKA, MN 55303-9514

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|----------|------------|---------------|--------------|---------------------|--------------------|
| 6702 | 12/31/1994 | 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 | 05/01/2006 | 05/31/2016 | 500.00 |
| 6702 | 12/31/1995 | 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 | 05/01/2006 | 05/31/2016 | 500.00 |
| 6702 | 12/31/1996 | 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 | 05/01/2006 | 05/31/2016 | 500.00 |
| 6702 | 12/31/1997 | 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 | 02/06/2006 | 03/07/2016 | |
| 6702 | 12/31/1997 | 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 | 05/01/2006 | 05/31/2016 | 1008.12 |
| 6702 | 12/31/1998 | 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 | 05/01/2006 | 05/31/2016 | 500.00 |
| 6702 | 12/31/1999 | 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 | 05/01/2006 | 05/31/2016 | 500.00 |

```
----------------------------------------------+----------------------------------
Filed at:   COUNTY RECORDER                    |
            ANOKA E                    Total  | $      3508.12
            ANOKA, MN 55303                    |
----------------------------------------------+----------------------------------
```

This notice was prepared and executed at ST PAUL, MN
on this, the 13th day of July, 2006.

```
------------------------------------------+----------------------------------------
Authorizing Official:                     | Title:
    RICHARD A WALLIN                       | REVENUE OFFICER        24-02-2406
                                          |
------------------------------------------+----------------------------------------
```

1372                                              COURT RECORDING DATA

------------------------------------------------+----------------------------------------

```
        INTERNAL REVENUE SERVICE          |  Recording Number:
   FACSIMILE FEDERAL TAX LIEN DOCUMENT    |  UCC Number       :
                                          |  Liber            :
                                          |  Page             :
```

------------------------------------------------+----------------------------------------

```
Area: SMALL BUSINESS/SELF EMPLOYED #9     |  IRS Serial Number: 260913505
Lien Unit Phone: (800) 913-6050           |
```

----------------------------------------------------------------------------------------

                    This Lien Has Been Filed in Accordance with
                    Internal Revenue Regulation 301.6323(f)-1.

----------------------------------------------------------------------------------------

Name of Taxpayer :
   DORIS L MOORHOUSE

0951

----------------------------------------------------------------------------------------

Residence :
   19370 MARMOSET ST NW
   ANOKA, MN 55303-9514

----------------------------------------------------------------------------------------

   With respect to each assessment below, unless notice of lien
   is refiled by the date in column(e), this notice shall constitute
   the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|----------|-----------|---------------|--------------|---------------------|--------------------|
| 1040 | 12/31/2002 | 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 | 11/15/2004 | 12/15/2014 | 3612.69 |

----------------------------------------------------------------------------------------

```
Filed at:   COUNTY RECORDER                              |
            ANOKA E                          Total | $      3612.69
            ANOKA, MN 55303                              |
```

----------------------------------------------------------------------------------------

This notice was prepared and executed at ST PAUL, MN
on this, the 23rd day of November, 2005.

----------------------------------------------------------------------------------------

```
Authorizing Official:                    | Title:
   RICHARD A WALLIN                       | REVENUE OFFICER           29-02-2406
                                          |
```

----------------------------------------------------------------------------------------

*Pg. 3 of 23*

9302                                                COURT RECORDING DATA

------------------------------------------------+------------------------------------------------
      INTERNAL REVENUE SERVICE              | Recording Number:
  FACSIMILE FEDERAL TAX LIEN DOCUMENT       | UCC Number     :
                                            | Liber          :
                                            | Page           :
------------------------------------------------+------------------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #4       | IRS Serial Number: 298966106
Lien Unit Phone: (800) 913-6050             |
------------------------------------------------------------------------------------------------

                    This Lien Has Been Filed in Accordance with
                    Internal Revenue Regulation 301.6323(f)-1.

------------------------------------------------------------------------------------------------
Name of Taxpayer :
  XERTON LLC AS THE ALTER EGO OR, Nominee of
      DORIS L. MOORHOUSE &
      THOMAS R. MOORHOUSE
------------------------------------------------------------------------------------------------
Residence :
  19370 MARMOSET ST NW
  ANOKA, MN 55303-9514
------------------------------------------------------------------------------------------------
  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|----------|------------|---------------|--------------|---------------------|--------------------|
| CIVP | 12/31/1998 | XXX-XX-5835N | 11/03/2003 | 12/03/2013 | 500.00 |

------------------------------------------------------------------------------------------------
Filed at:    COUNTY RECORDER                                    |
             ANOKA E                              Total  | $        500.00
             ANOKA, MN 55303                                    |
------------------------------------------------------------------------------------------------
This notice was prepared and executed at ST PAUL, MN
on this, the 22nd day of June, 2006.
------------------------------------------------------------------------------------------------
Authorizing Official:                       | Title:
   RICHARD A WALLIN                          | REVENUE OFFICER            24-02-2406

------------------------------------------------------------------------------------------------

*Pg 4 of 23*

10/16/2006  01:04    7737744    PAGE  13/29

9302                                              COURT RECORDING DATA

```
+------------------------------------------+-------------------------------
|       INTERNAL REVENUE SERVICE           | Recording Number:
| FACSIMILE FEDERAL TAX LIEN DOCUMENT      | UCC Number    :
|                                          | Liber         :
|                                          | Page          :
+------------------------------------------+-------------------------------
```

Area: SMALL BUSINESS/SELF EMPLOYED #4      | IRS Serial Number: 298965406
Lien Unit Phone: (800) 913-6050            |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
    XERTON LLC AS THE ALTER EGO OR, Nominee of
       DORIS L MOORHOUSE

Residence :
    19370 MARMOSET ST NW
    ANOKA, MN 55303-9514

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|----------|------------|---------------|--------------|---------------------|--------------------|
| 1040     | 12/31/1994 | XXX-XX-5835   | 11/02/1998   | 12/02/2008          | 3683.30            |
| 1040     | 12/31/1995 | XXX-XX-5835   | 11/02/1998   | 12/02/2008          | 19892.12           |
| 1040     | 12/31/1997 | XXX-XX-5835   | 09/22/2003   | 10/22/2013          | 3655.02            |
| 1040     | 12/31/1998 | XXX-XX-5835   | 09/08/2003   | 10/08/2013          | 7473.48            |
| 1040     | 12/31/1999 | XXX-XX-5835   | 09/08/2003   | 10/08/2013          | 3383.37            |
| 1040     | 12/31/2002 | XXX-XX-5835   | 11/15/2004   | 12/15/2014          | 3704.69            |

Filed at:    SECRETARY OF STATE
             SECRETARY OF STATE                        Total | $    41791.98
             ST. PAUL, MN 55155

This notice was prepared and executed at ST PAUL, MN
on this, the 22nd day of June, 2006.

Authorizing Official:                | Title:
    RICHARD A WALLIN                 | REVENUE OFFICER         24-02-2406

*Pg 5 of 23*
14

```
9302                                              COURT RECORDING DATA
-----------------------------------------+------------------------------------------
        INTERNAL REVENUE SERVICE          |
 FACSIMILE FEDERAL TAX LIEN DOCUMENT      |  Recording Number:
                                          |  UCC Number    :
                                          |  Liber         :
                                          |  Page          :
-----------------------------------------+------------------------------------------
 Area: SMALL BUSINESS/SELF EMPLOYED #4    |  IRS Serial Number: 298965106
 Lien Unit Phone: (800) 913-6050          |
-----------------------------------------+------------------------------------------
               This Lien Has Been Filed in Accordance with
               Internal Revenue Regulation 301.6323(f)-1.
--------------------------------------------------------------------------------------
 Name of Taxpayer :
   XERTON LLC AS THE ALTER EGO OR NOMINEE OF, Nominee of
       DORIS L. MOORHOUSE

------------------------------------------------------------------------------------
 Residence :
   19370 MARMOSET ST NW
   ANOKA, MN 55303-9514
--------------------------------------------------------------------------------------
   With respect to each assessment below, unless notice of lien
   is refiled by the date in column(e), this notice shall constitute
   the certificate of release of lien as defined in IRC 6325(a).
------+----------+-------------+-----------+------------------+-----------------
 Form |  Period  |  ID Number  | Assessed  |  Refile Deadline |  Unpaid Balance
 (a)  |   (b)    |    (c)      |   (d)     |      (e)         |      (f)
------+----------+-------------+-----------+------------------+-----------------
 1040 | 12/31/1994 | XXX-XX-5835 | 11/02/1998 |    12/02/2008    |      3683.30
 1040 | 12/31/1995 | XXX-XX-5835 | 11/02/1998 |    12/02/2008    |     19892.12
 1040 | 12/31/1997 | XXX-XX-5835 | 09/22/2003 |    10/22/2013    |      3655.02
 1040 | 12/31/1998 | XXX-XX-5835 | 09/08/2003 |    10/08/2013    |      7473.48
 1040 | 12/31/1999 | XXX-XX-5835 | 09/08/2003 |    10/08/2013    |      3383.37
 1040 | 12/31/2002 | XXX-XX-5835 | 11/15/2004 |    12/15/2014    |      3704.69
```

```
--------------------------------------------------------------------------------------
 Filed at:    COUNTY RECORDER                            |
              ANOKA E                          Total  |  $     41791.98
              ANOKA, MN 55303                            |
--------------------------------------------------------------------------------------
 This notice was prepared and executed at ST PAUL, MN
 on this, the 22nd day of June, 2006.
--------------------------------------------------------------------------------------
 Authorizing Official:                     |  Title:
    RICHARD A WALLIN                        |  REVENUE OFFICER        24-02-2406

--------------------------------------------------------------------------------------
```

Pg 6 of 23

```
9302                                           COURT RECORDING DATA
-------------------------------------------+-----------------------------------------
        INTERNAL REVENUE SERVICE           |
FACSIMILE FEDERAL TAX LIEN DOCUMENT        | Recording Number:
                                           | UCC Number     :
                                           | Liber          :
                                           | Page           :
-------------------------------------------+-----------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #4      | IRS Serial Number: 298966206
Lien Unit Phone: (800) 913-6050            |
-------------------------------------------------------------------------------------
```

                       This Lien Has Been Filed in Accordance with
                         Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
    XERTON LLC AS THE ALTER EGO OR, Nominee of
        DORIS L. MOORHOUSE &
        THOMAS R. MOORHOUSE

Residence :
    19370 MARMOSET ST NW
    ANOKA, MN 55303-9514

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|----------|-----------|---------------|--------------|---------------------|---------------------|
| CIVP | 12/31/1998 | XXX-XX-5835N | 11/03/2003 | 12/03/2013 | 500.00 |

Filed at:    SECRETARY OF STATE
             SECRETARY OF STATE                        Total  |  $      500.00
             ST. PAUL, MN 55155

This notice was prepared and executed at ST PAUL, MN
on this, the 22nd day of June, 2006.

| Authorizing Official: | Title: | |
|---|---|---|
| RICHARD A WALLIN | REVENUE OFFICER | 24-02-2406 |

*Pg 7 of 23*

```
1072                                               COURT RECORDING DATA
-----------------------------------------------+----------------------------------------
        INTERNAL REVENUE SERVICE                |
   FACSIMILE FEDERAL TAX LIEN DOCUMENT          |  Recording Number:
                                                |  UCC Number    :
                                                |  Liber         :
                                                |  Page          :
-----------------------------------------------+----------------------------------------
  Area: SMALL BUSINESS/SELF EMPLOYED #9         |  IRS Serial Number: 261493305
  Lien Unit Phone: (800) 913-6050               |
-----------------------------------------------+----------------------------------------
                  This Lien Has Been Filed in Accordance with
                  Internal Revenue Regulation 301.6323(f)-1.

----------------------------------------------------------------------------------------
NAROPH TAXPAYPRMOORHOUSE
BORIS L A T R MOORHOUSE

----------------------------------------------------------------------------------------
Residence :
   19370 MARMOSET ST NW
   ANOKA, MN 55303-9514
----------------------------------------------------------------------------------------
  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).
------+-----------+-----------+-----------+-------------------+------------------
 Form |  Period   | ID Number |  Assessed | Refile Deadline  | Unpaid Balance
 (a)  |   (b)     |   (c)     |   (d)     |       (e)        |       (f)
------+-----------+-----------+-----------+-------------------+------------------
 CVPN  12/31/1998  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N 11/03/2003     12/03/2013             500.00
```

```
--------------------------------------------------------------------------------
Filed at:   COUNTY RECORDER                          |
            ANOKA E                            Total | $      500.00
            ANOKA, MN 55303                          |
--------------------------------------------------------------------------------
This notice was prepared and executed at ST PAUL, MN
on this, the 28th day of November, 2005.
--------------------------------------------------------------------------------
Authorizing Official:                  - | Title:
      RICHARD A WALLIN                    | REVENUE OFFICER           29-02-2406
                                          |
--------------------------------------------------------------------------------
```

10953
18853

```
9302                                                    COURT RECORDING DATA
--------------------------------------------------+------------------------------------------------
         INTERNAL REVENUE SERVICE                 |
 FACSIMILE FEDERAL TAX LIEN DOCUMENT              | Recording Number:
                                                  | UCC Number      :
                                                  | Liber           :
                                                  | Page            :
--------------------------------------------------+------------------------------------------------
 Area: SMALL BUSINESS/SELF EMPLOYED #4            | IRS Serial Number: 298965806
 Lien Unit Phone: (800) 913-6050                  |
--------------------------------------------------+------------------------------------------------
                    This Lien Has Been Filed in Accordance with
                    Internal Revenue Regulation 301.6323(f)-1.
```

------------------------------------------------------------------------------------

Name of Taxpayer :
    XERTON LLC AS ALTER EGO OR NOMINEE OF, Nominee of
       THOMAS R. MOORHOUSE

------------------------------------------------------------------------------------

Residence :  -
    19370 MARMOSET ST NW
    ANOKA, MN 55303-9514

------------------------------------------------------------------------------------

    With respect to each assessment below, unless notice of lien
    is refiled by the date in column(e), this notice shall constitute
    the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1994 | XXX-XX-7230 | 08/18/2000 | 09/17/2010 | 64248.13 |
| 1040 | 12/31/1996 | XXX-XX-7230 | 08/18/2000 | 09/17/2010 | 4327.69 |
| 1040 | 12/31/1998 | XXX-XX-7230 | 08/18/2000 | 09/17/2010 | 4320.06 |
| CIVP | 12/31/1997 | XXX-XX-7230 | 05/01/2006 | 05/31/2016 | 1096.00 |

*4*

```
--------------------------------------------------------------------------------
 Filed at:   SECRETARY OF STATE
             SECRETARY OF STATE                    Total | $      73991.88
             ST. PAUL, MN 55155                          |
--------------------------------------------------------------------------------
 This notice was prepared and executed at ST PAUL, MN
 on this, the 22nd day of June, 2006.
--------------------------------------------------------------------------------
 Authorizing Official:                   | Title:
    RICHARD A WALLIN                      | REVENUE OFFICER        24-02-2406
--------------------------------------------------------------------------------
```

```
9302                                           COURT RECORDING DATA
-----------------------------------------------+----------------------------------------------
        INTERNAL REVENUE SERVICE               |
FACSIMILE FEDERAL TAX LIEN DOCUMENT            |  Recording Number:
                                               |  UCC Number      :
                                               |  Liber           :
                                               |  Page            :
-------------------------------------------+------------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #4      |  IRS Serial Number: 298965606
Lien Unit Phone: (800) 913-6050            |
----------------------------------------------------------------------------------------
                    This Lien Has Been Filed in Accordance with
                    Internal Revenue Regulation 301.6323(f)-1.

----------------------------------------------------------------------------------------
Name of Taxpayer :
    XERTON LLC AS ALTER EGO OR NOMINEE OF, Nominee of
        THOMAS R. MOORHOUSE

----------------------------------------------------------------------------------------
Residence :
    19370 MARMOSET ST NW
    ANOKA, MN 55303-9514

----------------------------------------------------------------------------------------
    With respect to each assessment below, unless notice of lien
    is refiled by the date in column (e), this notice shall constitute
    the certificate of release of lien as defined in IRC 6325(a).
--------+-----------+-------------+-------------+------------------+------------------
 Form   |  Period   | ID Number   |  Assessed   | Refile Deadline  | Unpaid Balance
 (a)    |   (b)     |   (c)       |    (d)      |      (e)         |      (f)
--------+-----------+-------------+-------------+------------------+------------------
 1040   | 12/31/1994| XXX-XX-7230 | 08/18/2000  |   09/17/2010     |    64248.13
 1040   | 12/31/1996| XXX-XX-7230 | 08/18/2000  |   09/17/2010     |     4327.69
 1040   | 12/31/1998| XXX-XX-7230 | 08/18/2000  |   09/17/2010     |     4320.06
 CIVP   | 12/31/1997| XXX-XX-7230 | 05/01/2006  |   05/31/2016     |     1096.00
```

4

```
-------------------------------------------------------------------------------------------
Filed at:   COUNTY RECORDER                                    |
            ANOKA E                                 Total  | $     73991.88
            ANOKA, MN 55303                                    |
-------------------------------------------------------------------------------------------
This notice was prepared and executed at ST PAUL, MN
on this, the 22nd day of June, 2006.
-------------------------------------------------------------------------------------------
Authorizing Official:                         | Title:
    RICHARD A WALLIN                           | REVENUE OFFICER        24-02-2406
                                               |
-------------------------------------------------------------------------------------------
```

| Form 668-A(ICS) (Jan. 2003) | Department of the Treasury – Internal Revenue Service **Notice of Levy** |
|---|---|

DATE: 06/31/2005

REPLY TO:  Internal Revenue Service
RICHARD A WALLIN
MAIL STOP 5228 BLM
1550 AMERICAN BLVD E STE 500
BLOOMINGTON, MN 55425-1104

TELEPHONE NUMBER
OF IRS OFFICE: (651)726-1485

NAME AND ADDRESS OF TAXPAYER:
DORIS L MOORHOUSE
19370 MARMOSET ST NW
ANOKA, MN 55303-9514

TO:  FIRST NATIONAL BANK OF ELK RIVER
729 MAIN ST
ELK RIVER, MN 55330

IDENTIFYING NUMBER(S):   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

MOOR

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1994 | 3702.39 | 2806.78 | 6509.17 |
| 1040 | 12/31/1997 | 3655.02 | 318.14 | 3973.16 |
| 1040 | 12/31/1998 | 7473.48 | 664.41 | 8137.89 |
| 1040 | 12/31/1999 | 3298.81 | 378.57 | 3677.38 |
| 1040 | 12/31/1995 | 17229.88 | 12041.24 | 29271.12 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒

Total Amount Due: 51568.72

We figured the interest and late payment penalty to  06-30-2005

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.

If you decide to pay the amount you owe now, please bring a guaranteed payment (cash, cashier's check, certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative /S/ RICHARD A WALLIN | Title REVENUE OFFICER |
|---|---|

Part 4 –    For Taxpayer          Catalog No. 35369E    www.irs.gov          Form 668-A(ICS) (1-2003)

Pg 11 of 23

(Jan. 2003) | | Notice of Levy

DATE: 03/02/2006

REPLY TO: Internal Revenue Service
RICHARD A WALLIN
MAIL STOP 5228 BLM
1550 AMERICAN BLVD E STE 500
BLOOMINGTON, MN 55425-1104

TO:  WELLS FARGO BANK NA
MAC S3928-021
PO BOX 29779
PHOENIX, AZ 85038

TELEPHONE NUMBER
OF IRS OFFICE: (651)726-1465

NAME AND ADDRESS OF TAXPAYER:
DORIS L MOORHOUSE
19370 MARMOSET ST NW
ANOKA, MN 55303-9514

Mar. 16, 2006

IDENTIFYING NUMBER(S):  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

MOOR

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1994 | 4284.63 | 2546.17 | 6830.8 |
| 1040 | 12/31/1995 | 19892.12 | 10824.34 | 30716.4 |
| 1040 | 12/31/1997 | 3655.02 | 522.74 | 4177.7 |
| 1040 | 12/31/1998 | 7473.48 | 1083.49 | 8556.9 |
| 1040 | 12/31/1999 | 3383.37 | 481.42 | 3864.7 |

| | | |
|---|---|---|
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⟹ | Total Amount Due | 54146.7 |

We figured the interest and late payment penalty to **04-01-2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.

If you decide to pay the amount you owe now, please bring a guaranteed payment (cash, cashier's check, certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| /S/ RICHARD A WALLIN  *Richard M Wall* | REVENUE OFFICER |

Part 4 —  For Taxpayer    Catalog No. 35389E    www.irs.gov    Form 668-A(ICS) (1-2003)

*I hereby refute and repudiate this presentment without dishonor. I do not owe this money. All Rights Reserved without Prejudice UCC 1-308 See attachment. By: Doris L Moorhouse, Creditor 22*

Pg 12 of 23

| Form 668-A(ICS) | Department of the Treasury – Internal Revenue Service |
|---|---|
| (Jan. 2003) | **Notice of Levy** |

DATE: 06/22/2006

REPLY TO: **Internal Revenue Service**
**RICHARD A WALLIN**
**MAIL STOP 5228 BLM**
**1550 AMERICAN BLVD E STE 500**
**BLOOMINGTON, MN 55425-1104**

TELEPHONE NUMBER
OF IRS OFFICE: (651)726-1465

TO: **RIVERVIEW COMMUNITY BANK**
**9040 QUADAY AVE NE**
**OTSEGO, MN 55330**

NAME AND ADDRESS OF TAXPAYER:
**XERTON LLC AS THE ALTER EGO OR**
**NOMINEE OF DORIS L MOORHOUSE**
**19370 MARMOSET ST NW**
**ANOKA, MN 55303-9514**

IDENTIFYING NUMBER(S): 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

MOOR

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1994 | 3683.30 | 2689.52 | 6372.82 |
| 1040 | 12/31/1995 | 19892.12 | 11510.10 | 31402.22 |
| 1040 | 12/31/1997 | 3655.02 | 616.01 | 4271.03 |
| 1040 | 12/31/1998 | 7473.48 | 1274.53 | 8748.01 |
| 1040 | 12/31/1999 | 3383.37 | 567.71 | 3951.08 |
| 1040 | 12/31/2002 | 3704.69 | 407.38 | 4112.07 |

| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⟹ | Total Amount Due | 58857.23 |
|---|---|---|

We figured the interest and late payment penalty to  **07-22-2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative  /S/ RICHARD A WALLIN | Title  **REVENUE OFFICER** |
|---|---|

Part 4 –    For Taxpayer          Catalog No. 35389E    www.irs.gov          Form 668-A(ICS) (1-2003)

Pg 13 of 23

22

PAGE 21/29

| Form 668-A(ICS) (Jan. 2003) | Department of the Treasury – Internal Revenue Service | | |
|---|---|---|---|
| | **Notice of Levy** | | |

DATE: 08/28/2006

REPLY TO: Internal Revenue Service
RICHARD A WALLIN
MAIL STOP 5226 BLM
1550 AMERICAN BLVD E STE 500
BLOOMINGTON, MN 55425-1194

TELEPHONE NUMBER
OF IRS OFFICE: (651)726-1485

NAME AND ADDRESS OF TAXPAYER:
XERTON LLC AS THE ALTER EGO OR
NOMINEE OF THOMAS R MOORHOUSE
19379 MARMOSET ST NW
ANOKA, MN 55303

TO:  RIVERVIEW COMMUNITY BANK
9040 QUADAY AVE NE
OTSEGO, MN 55330

MOOR   IDENTIFYING NUMBER(S):  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

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1994 | 64046.13 | 35026.81 | 100172.94 |
| 1040 | 12/31/1996 | 4327.69 | 2534.78 | 6862.47 |
| 1040 | 12/31/1998 | 4320.06 | 2645.16 | 6965.22 |

| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. | Total Amount Due | 114000.63 |
|---|---|---|

We figured the interest and late payment penalty to  07-28-2006

Signature of Service Representative RICHARD A WALLIN   Title REVENUE OFFICER

Part 1 –  For Addressee   Catalog No. 35369E  www.irs.gov   Form 668-A(ICS) (1-2003)

*Pg 14 of 23*
6

| Form 668-A(ICS) (Jan. 2003) | Department of the Treasury – Internal Revenue Service **Notice of Levy** |
|---|---|

DATE: 07/11/2006
REPLY TO:  Internal Revenue Service
         **RICHARD A WALLIN**
         **MAIL STOP 5228 BLM**
         **1550 AMERICAN BLVD E STE 500**
         **BLOOMINGTON, MN 55425-1104**

TELEPHONE NUMBER
OF IRS OFFICE:  **(651)726-1485**

NAME AND ADDRESS OF TAXPAYER:
THOMAS R MOORHOUSE
19370 MARMOSET ST NW
ANOKA, MN 55303

TO:   **OPTIONSXPRESS INC**
       **39 S LASALLE STREET SUITE 220**
       **CHICAGO, IL 60690-2197**

IDENTIFYING NUMBER(S):   **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**

MOOR

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1994 | 64380.13 | 36189.39 | 100569.52 |
| 1040 | 12/31/1995 | 4327.69 | 2552.55 | 6880.24 |
| 1040 | 12/31/1996 | 4320.06 | 2662.90 | 6982.96 |
| CIVPEN | 12/31/1997 | 1092.00 | 28.82 | 1120.82 |

| | | |
|---|---|---|
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⟹ | Total Amount Due | 115553.34 |

We figured the interest and late payment penalty to __08-10-2006__

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy —
1. Make your check or money order payable to United States Treasury.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub).
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative **RICHARD A WALLIN** | Title **REVENUE OFFICER** |
|---|---|

Part 1 –   For Addressee        Catalog No. 35380E    www.irs.gov       Form 668-A(ICS) (1-2003)

Ex Exhibit P

| Form 668-A(ICS) | Department of the Treasury – Internal Revenue Service |
| (Jan. 2003) | **Notice of Levy** |

DATE: 07/11/2006

REPLY TO:  Internal Revenue Service
RICHARD A WALLIN
MAIL STOP 5228 BLM
1550 AMERICAN BLVD E STE 500
BLOOMINGTON, MN 55425-1104

TELEPHONE NUMBER
OF IRS OFFICE: (651)726-1465

NAME AND ADDRESS OF TAXPAYER:
XERTON LLC AS THE ALTER EGO OR
NOMINEE OF THOMAS R MOORHOUSE
19370 MARMOSET ST NE
ANOKA, MN 55303

TO:  OPTIONSXPRESS INC
39 S LASALLE STREET SUITE 220
CHICAGO, IL 60690-2197

IDENTIFYING NUMBER(S):  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

MOOR

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1994 | 64380.13 | 36189.39 | 100569.52 |
| 1040 | 12/31/1996 | 4327.69 | 2552.55 | 6880.24 |
| 1040 | 12/31/1996 | 4320.06 | 2662.90 | 6982.96 |
| CIVPEN | 12/31/1997 | 1092.00 | 28.62 | 1120.62 |

| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⟹ | Total Amount Due | 115553.34 |

We figured the interest and late payment penalty to  **08-10-2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative  /S/ RICHARD A WALLIN | Title  REVENUE OFFICER |

**Part 4 –**  For Taxpayer       Catalog No. 35389E    www.irs.gov       Form 668-A(ICS) (1-2003)

Pg 16 of 23

23

10/16/2006  01:04    7737744       COURT RECORDING DATA

1872

```
-------------------------------------+-----------------------------------------
        INTERNAL REVENUE SERVICE     | Recording Number:
   FACSIMILE FEDERAL TAX LIEN DOCUMENT | UCC Number        :
                                     | Liber             :
                                     | Page              :
-------------------------------------+-----------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #4 | IRS Serial Number: 293443206
Lien Unit Phone: (800) 913-6050      |
-------------------------------------+-----------------------------------------
```

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

```
-------------------------------------------------------------------------------
```

Name of Taxpayer :
  THOMAS R MOORHOUSE

597

```
-------------------------------------------------------------------------------
```

Residence :
  19370 MARMOSET ST NW
  ANOKA, MN 55303-9514

```
-------------------------------------------------------------------------------
```

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|----------|------------|---------------|--------------|---------------------|--------------------|
| 6702 | 12/31/1997 | 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 | 02/20/2006 | 03/21/2016 | |
| 6702 | 12/31/1997 | 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 | 05/01/2006 | 05/31/2016 | 1000.00 |

```
-------------------------------------------------+-----------------------------
Filed at:  COUNTY RECORDER                       |
           ANOKA E                       Total | $      1000.00
           ANOKA, MN 55303                       |
-------------------------------------------------+-----------------------------
```

This notice was prepared and executed at ST PAUL, MN
on this, the 24th day of May, 2006.

```
-------------------------------------------------+-----------------------------
Authorizing Official:                            | Title:
   RICHARD A WALLIN                               | REVENUE OFFICER        24-02-2406
                                                 |
-------------------------------------------------+-----------------------------
```

**IRS** Department of the Treasury
Internal Revenue Service

PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

**CERTIFIED MAIL**

7178 2665 9394 6125 6241

Letter Date:  06/08/2006
Taxpayer Identification Number:
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
Contact Person:
RICHARD A WALLIN
Employee Identification Number:
61-03402
Contact Telephone Number:
(651) 726-1465

THOMAS R MOORHOUSE
19370 MARMOSET ST NW
ANOKA, MN 55303-9514

0897

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 05/24/2006

| Type of Tax | Tax Period | Amount Owed |
|-------------|------------|-------------|
| 6702 | 12/31/1997 | 1000.00 |

The lien attaches to all the property you currently own and to all property you may acquire in the future.  It also may damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options.  To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights.*

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing,* and mail it to it:

Internal Revenue Service
1550 AMERICAN BLVD.
US BANK FINANCIAL CENTER
BLOOMINGTON, MN 55425

You must request your hearing by  07/03/2006.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed.
To get the current amount owed, contact the person whose name and telephone number appear at the top of this letter.

(over)

Letter 3172 (DO) rev. (11-2004)
Catalog No. 26767I

| Form 668-A(ICS) | Department of the Treasury – Internal Revenue Service |
|---|---|
| (Jan. 2003) | **Notice of Levy** |

DATE: 07/11/2006

REPLY TO:  Internal Revenue Service
RICHARD A WALLIN
MAIL STOP 5228 BLM
1550 AMERICAN BLVD E STE 500
BLOOMINGTON, MN 55425-1104

TELEPHONE NUMBER
OF IRS OFFICE:  (651)726-1465

NAME AND ADDRESS OF TAXPAYER:
THOMAS R MOORHOUSE
19370 MARMOSET ST NW
ANOKA, MN 55303

TO:   OPTIONSXPRESS INC
39 S LASALLE STREET SUITE 220
CHICAGO, IL 60690-2197

*11 Aug 2006*

IDENTIFYING NUMBER(S):  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

MOOR

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1994 | 64380.13 | 36169.39 | 100569.52 |
| 1040 | 12/31/1995 | 4327.69 | 2552.55 | 6880.24 |
| 1040 | 12/31/1996 | 4320.06 | 2662.90 | 6982.96 |
| CIVPEN | 12/31/1997 | 1092.00 | 28.62 | 1120.62 |

| | | |
|---|---|---|
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒ | **Total Amount Due** | 115553.34 |

We figured the interest and late payment penalty to  **08-10-2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please bring a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative /S/ RICHARD A WALLIN | Title **REVENUE OFFICER** |
|---|---|

Part 2 –   For Taxpayer          Catalog No. 35389E    www.irs.gov          Form 668-A(ICS) (1-2003)

*Pg 19 of 23*
*8*

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686     *Kansas City* *info*

### THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear  DORIS MOORHOUSE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 5050, Annex 5
PO Box 219236
Kansas City, MO  64121-9236
800-829-7650
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: K33361871
Acct Num: 045246583530199412
Amount This Creditor:      $103.50
Creditor: 51      Site: MC

The Agency has previously sent notice to you at the last address known to the Agency.  That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds.  If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.  The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date.  If you intend to contact the Agency, please have this notice available.  Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

Jeffrey Schramek
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

### PAYMENT SUMMARY
PAYEE NAME:   DORIS MOORHOUSE
PAYMENT BEFORE REDUCTION:      $690.00
TOTAL AMOUNT OF THIS REDUCTION:     ($103.50)
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 452465835 A

PAYEE TIN: 452465835
PAYMENT DATE: 06/02/06
PAYMENT TYPE: Check
BENEFICIARY TIN: 452465835

FOR OFFICIAL USE ONLY:   0600002728 K33361871452465835003845470035 SSA-P01DORJ002730
4500 51896794 20184904 81  6  D

ROM04



Pg 20 of 23

10/16/2006  01:04    7737744023

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear  DORIS MOORHOUSE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 5050, Annex 5
PO Box 219236
Kansas City, MO  64121-9236
800-829-7650
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: K33705500
Acct Num: 045246583530199412
Amount This Creditor:          $103.50
Creditor: 51          Site: MC

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above. The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

### PAYMENT SUMMARY
PAYEE NAME:  DORIS MOORHOUSE
PAYMENT BEFORE REDUCTION:          $690.00
TOTAL AMOUNT OF THIS REDUCTION:          $103.50
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 452465835 A

PAYEE TIN: 452465835
PAYMENT DATE: 07/03/06
PAYMENT TYPE: Check
BENEFICIARY TIN: 452465835

FOR OFFICIAL USE ONLY:    0000002835 K33705500452465835300367067006 SSA-P01DOR1002835
4500 04295290 20184904 S1  6  D

RC0596

*IRS Withheld # 586.50*



*Pg 21 of 23*

18

TR-4 7 26

**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
**P.O. BOX 1686**
**BIRMINGHAM, ALABAMA 35201-1686**

## THIS IS NOT A BILL  -  PLEASE RETAIN FOR YOUR RECORDS

Dear  THOMAS R MOORHOUSE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

| | |
|---|---|
| Internal Revenue Service | TIN Num: 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 |
| Federal Payment Levy Program | TOP Trace Num: K14667363 |
| P.O. Box 57 | Acct Num: 0469187230301994412 |
| Bensalem        PA 19020 | Amount This Creditor:       $109.65 |
| | Creditor: 51     Site: MC |
| 800-829-7650     1-800-829-7650 | |
| PURPOSE: Tax Levy | |

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above. The U.S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.  Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107

**PAYMENT SUMMARY**

| | | |
|---|---|---|
| PAYEE NAME:  THOMAS R MOORHOUSE | PAYEE TIN: 469187230 | |
| PAYMENT BEFORE REDUCTION:       $731.00 | PAYMENT DATE: 11/01/02 | |
| TOTAL AMOUNT OF THIS REDUCTION:       $109.65 | PAYMENT TYPE: Check | |
| PAYING FEDERAL AGENCY: Social Security Administration | BENEFICIARY TIN: 469187230 | |
| CLAIM ACCT NUM: 469187230 A | | |

FOR OFFICIAL USE ONLY:     0000001637 K14667363469187230002774249004 SSA-P07THOM001637
                           02589713     S1     6 D          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A

RC8901

Pg 22 of 23

17

10/16/2006  01:04    7737744823

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

### THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear  THOMAS R MOORHOUSE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe.  The
government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
P.O. Box 57
Bensalem        PA 19020

800-829-7650    1-800-829-7650
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: K14810709
Acct Num: 046918723030199412
Amount This Creditor:      $109.65
Creditor: 51     Site: MC

The Agency has previously sent notice to you at the last address known to the Agency.  That notice
explained the amount and type of debt you owe, the rights available to you, and that the Agency intended
to collect the debt by intercepting any Federal payments made to you, including tax refunds.  If you
believe your payment was reduced in error or if you have questions about this debt, you must
contact the Agency at the address and telephone number shown above.  The U. S. Department of
the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt
balance; however, the Agency may not receive the funds for several weeks after the payment date.  If you
intend to contact the Agency, please have this notice available.   Please do not contact the Social Security
Administration regarding the reduction made in your Federal payment as a result of this offset.

Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107

### PAYMENT SUMMARY

PAYEE NAME:   THOMAS R MOORHOUSE
PAYMENT BEFORE REDUCTION:        $731.00
TOTAL AMOUNT OF THIS REDUCTION:        $109.65
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 469187230 A

PAYEE TIN: 469187230
PAYMENT DATE: 12/03/02
PAYMENT TYPE: Check
BENEFICIARY TIN: 469187230

FOR OFFICIAL USE ONLY:    0000001335 K14810709469187230062735S0007 SSA-P01TROM001335
                          30494554    $1    6 D     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A

RCW01





JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

06-2152
EGS

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Thomas Moorhouse and Doris Moorhouse | United States |

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

CASE NUMBER   1:06CV02152

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 12/19/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
◉ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ◉ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**   **OR**   ◉ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| | | | |
|---|---|---|---|
| **G. Habeas Corpus/ 2255**<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | **H. Employment Discrimination**<br><br>☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | **I. FOIA/PRIVACY ACT**<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | **J. Student Loan**<br><br>☐ 152 Recovery of Defaulted Student Loans<br>(excluding veterans) |
| **K. Labor/ERISA (non-employment)**<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **L. Other Civil Rights (non-employment)**<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | **M. Contract**<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **N. Three-Judge Court**<br><br>☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

26 USC 7433 Civil Damages for certain unauthorized collections actions

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE Dec 19, 2006   SIGNATURE ~~of Attorney of Record~~ Thomas Moorhouse   Gloria Moorhouse

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C.; and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

RECEIVED

DEC 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT