UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                      )
THOMAS MOORHOUSE and                  )
DORIS MOORHOUSE,                      )
                                      )
            Plaintiffs,               )
                                      )
       v.                             )   Civil Action No. 06-2152 (EGS)
                                      )
UNITED STATES                         )
                                      )
            Defendant.                )
                                      )
```

### ORDER

Pending before the Court is defendant United States' Motion to Dismiss. By Order of this Court dated April 2, 2007, plaintiffs were directed to respond to the defendant's motion by no later than May 2, 2007. Consistent with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), plaintiffs were advised that, in the event plaintiffs fail to respond to the motion, the Court may treat the motion as conceded and dismiss plaintiffs' case. To date, plaintiffs have not filed a response to the Court's order or to the defendant's motion to dismiss. Accordingly, it is

**ORDERED** that defendant's Motion to Dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiffs' case is **DISMISSED WITHOUT PREJUDICE**. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**May 16, 2007**